UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY M. COOLEY, Individually and On )
Behalf of All Others Similarly Situated )
)
      Plaintiff, )
vs. ) 07 CIV 5671 (JGK)
)
STERLING FINANCIAL CORP., J. ROGER )
MOYER, JR., J. BRADLEY SCOVILL and )
TITO L. LIMA, )
)
      Defendants. )

---

## STIPULATION

Counsel for Plaintiff, Jeffrey M. Cooley, and Counsel for Defendants, Sterling Financial Corp. ("Sterling Financial"), J. Roger Moyer, Jr., J. Bradley Scovill and Tito L. Lima, hereby stipulate and agree as follows:

1. This action is one several purported class actions filed against Defendants alleging, inter alia, violations of the Securities Exchange Act of 1934.

2. At this time, Defendants are aware of at least three similar actions that have been filed in the Southern District of New York. At least one other action has been filed in the Eastern District of Pennsylvania.

3. Counsel expect that the five pending cases, and any additional cases which may be filed, will eventually be consolidated in a single Court and a Consolidated Amended Complaint will be filed.

4. An extension of time pending the filing of a Consolidated Amended Complaint will avoid unnecessary expenditure of the parties' and this Court's resources.

5. Accordingly, counsel request that the deadline for Defendants' response to the Complaint shall be extended to sixty (60) days until after the filing of a Consolidated Amended Complaint. No previous extensions have been requested.

6. By agreement of counsel, service of process on all Defendants is deemed accepted.

*Catherine A. Torell* (signature)
Catherine A Torell (CT-0905)
COHEN, MILSTEIN, HAUSEFLD
& TOLL, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
(212) 838-7797 (p)
(212) 838-7745 (f)

Steven J. Toll
S. Douglas Branch
COHEN, MILSTEIN, HAUSEFLD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (p)
(202) 408-4699 (f)

*ATTORNEYS for Plaintiff*

Dated: June 26, 2007

(signature)
C. William Phillips
COVINGTON & BURLING LLP
620 8th Avenue
New York, NY 10018
(212) 841-1081 (p)
(212) 841-1010 (f)

*ATTORNEYS for Defendants*
*Sterling Financial Corporation,*
*J. Roger Moyer, Jr., J. Bradley Scovill*
*and Tito L. Lima*

IT IS SO ORDERED:

7/3/07     (signature)
           U.S.D.J