UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIPMENT FINANCE, LLC, et al.,<br><br>        Defendants. | Docket No. 1:07-cv-04108-JGK |
| BRIAN JOHNSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STERLING FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Docket No. 1:07-cv-04652-JGK |
| CASTLE STRATEGIC TRADING, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIPMENT FINANCE, LLC, et al.,<br><br>       Defendants. | Docket No. 1:07-cv-05594-JGK |

|  |  |
|---|---|
| JEFFREY M. COOLEY,<br>on behalf of himself and all others<br>similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>STERLING FINANCIAL<br>CORPORATION, et al.,<br><br>               Defendants. | Docket No. 1:07-cv-05671-JGK |

### MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

Based upon the arguments and authorities set forth in the accompanying Memorandum of Law, Plaintiffs Paul A. Miller and Regina A. Miller (collectively, "Movants"), residing at 523 Saratoga Road in Lancaster, Pennsylvania, by and through their attorneys, respectfully move for an order pursuant to FED. R. CIV. P. 42(a) consolidating the above-captioned actions, and, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (i) appointing Movants as Lead Plaintiffs and (ii) approving their selection of Chimicles & Tikellis LLP as Lead Counsel.

DATED: July 24, 2007

        Respectfully submitted,


        */s/ Ronen Sarraf*
        SARRAF GENTILE LLP
        Ronen Sarraf (RS-7694)
        485 Seventh Avenue, Suite 1005
        New York, NY 10018
        T 212.868.3610
        F 212.918.7967


        CHIMICLES & TIKELLIS LLP
        Nicholas E. Chimicles
        Michael D. Gottsch
        Benjamin F. Johns
        361 West Lancaster Avenue
        Haverford, PA 19041
        Tel:   610-642-8500
        Fax:  610-649-3633

        *Attorneys for Plaintiffs*