**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE MACRINA, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>      Defendants. | No. 07 Civ. 4108 (JGK) |
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL, and TITO L. LIMA,<br><br>      Defendants. | No. 07 Civ. 4652 (JGK) |
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A.,<br><br>      Defendants. | No. 07 Civ. 5594 (JGK) |
| JEFFREY M. COOLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL, and TITO L. LIMA,<br><br>      Defendants. | No. 07 Civ. 5694 (JGK) |

**MOTION OF KENNETH A. SMITH FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Kenneth A. Smith ("Movant") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing Movant as Lead Plaintiff on behalf of himself and all others similarly situated who, between April 27, 2004 and May 25, 2007, inclusive (the "Class Period"), purchased or otherwise acquired securities of Sterling Financial Corp. and incurred damages as a result of the Defendants' violations of the federal securities laws; (ii) appointing the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") to serve as Lead Counsel; and (iii) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Catherine A. Torell and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) appoint Cohen Milstein as Lead Counsel for the class; (3) consolidate all pending related actions; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: July 24, 2007                    Respectfully submitted,

                                         COHEN, MILSTEIN, HAUSFELD
                                         & TOLL, P.L.L.C.

                                             /s/   Catherine A. Torell
                                         Catherine A. Torell (CT-0905)
                                         150 East 52nd Street, Thirtieth Floor
                                         New York, New York 10022
                                         Telephone: (212) 838-7797
                                         Facsimile: (212) 838-7745

                                                 - and -

                                         Steven J. Toll
                                         Daniel S. Sommers
                                         S. Douglas Bunch
                                         1100 New York Avenue, N.W.
                                         West Tower, Suite 500
                                         Washington, DC  20005-3964
                                         Telephone: (202) 408-4600
                                         Facsimile: (202) 408-4699

                                         *Attorneys for Kenneth A. Smith and*
                                         *Proposed Lead Counsel for the Class*